**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** |  |  |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Tsai Luan<br>First name | First name |
|  |  | Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | Ho<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | Shelby Ho |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2908 |  |

Debtor 1    __Tsai Luan Ho__                                                   Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

☑ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

---

**5.** **Where you live**

**20660 Stevens Creek Blvd., # 385**
**Cupertino, CA 95014**
Number, Street, City, State & ZIP Code

**Santa Clara**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**P.O. Box 1138**
**Los Gatos, CA 95031**
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

**Moved Upon Sale of Residence in last 45 Days from 126 Atherton Ave., Atherton,CA**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 2 of 47

| Part 2: | Tell the Court About Your Bankruptcy Case |
| --- | --- |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | Big Max, LLC | | Relationship to you | Soley Owned SARE LLC |
| District | Northern District-San Francisco Division | When  1/10/18 | Case number, if known | 18-30031 |
| Debtor | Great Vista Real Estate Investment Corporation | | Relationship to you | Solely Owned SARE Corporation |
| District | Northern District-San Francisco Division | When  1/10/18 | Case number, if known | 18-30032 |

**11. Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ **No.** Go to Part 4.

☐ **Yes.** Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☑ **No.** I am not filing under Chapter 11.

☐ **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.** I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**
☐ **Yes.**

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 4 of 47

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 5 of 47

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☑ Yes

---

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $500 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| X _____ | X _____ |
| **Tsai Luan Ho** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Executed on  **May 25, 2018** | Executed on _____ |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    Tsai Luan Ho                                     Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Signature of Attorney for Debtor                    Date    **May 25, 2018**
                                                            MM / DD / YYYY

**Paul R. Shankman**
Printed name

**HINDS & SHANKMAN, LLP**
Firm name

**21257 Hawthorne Boulevard**
**Second Floor**
**Torrance, CA 90503**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 316-0500**            Email address

jhinds@jhindslaw.com;
pshankman@jhindslaw.com;
rsposato@jhindslaw.com

**113608 CA**
Bar number & State

# United States Bankruptcy Court
## Northern District of California

In re   **Tsai Luan Ho**                 Case No. _____

                         Debtor(s)        Chapter    **7** _____

## CERTIFICATION OF RELATEDNESS

The undersigned attorney certifies that:

1.      (a) _____ cases are being filed under Chapter ____ that are related to each other; and/or

        (b) _This_ case is being filed under Chapter __7__ that is related to case(s) now pending; and

2.      The cases are related because:

        ☐ the debtors are husband and wife; or

        ☐ the debtor was a debtor in a previous case under Chapter 11; or

        ☑ the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

        The Debtor is the 100% Owner of the following Related Cases:

        A. Big Max, LLC-Chapter 11 Case No. 18-30031-Filed January 10, 2018:

        The Honorable Dennis Montali, United States Bankruptcy Judge, San Francisco, CA.

        B. Great Vista Real Estate Investment Corporation- Chapter 11 Case No. 18-30032-Filed January 10, 2018: The Honorable Dennis Montali, United States Bankruptcy Judge, San Francisco, CA.

The undersigned attorney requests that the cases be assigned to the same judge.

Date of certification:   05/28/18 _____     Attorney's signature: _____

Paul R. Shankman
HINDS & SHANKMAN, LLP
21257 Hawthorne Boulevard
Second Floor
Torrance, CA 90503
Phone:   (310) 316-0500
jhinds@jhindslaw.com;
pshankman@jhindslaw.com;
rsposato@jhindsalaw.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tsai Luan Ho** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $             0.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B.......................................................... | $     25,132,817.57 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $     25,132,817.57 |

### Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $             0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $             4.00 |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $     41,524,595.36 |
|  | **Your total liabilities** | $     41,524,599.36 |

### Part 3:   Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $         2,201.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*................................................................ | $         2,837.57 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14. ........................ $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 4.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 4.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Tsai Luan Ho** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

  ■ No. Go to Part 2.
  ☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

  ■ No
  ☐ Yes

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
  *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

  ■ No
  ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

| $0.00 |
|---|

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. Household goods and furnishings
  *Examples:* Major appliances, furniture, linens, china, kitchenware
  ☐ No
  ■ Yes. Describe.....

| 20-year old used furniture, bed, table, chairs, dishes, and ordinary cookware and some utensils in garage | $5,700.00 |
|---|---|

7. Electronics
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
  ☐ No

Official Form 106A/B                    Schedule A/B: Property                    page 1

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 11 of 47

■ Yes. Describe.....

| Used Cell Phone and Computer | $100.00 |
|---|---|

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Used Women's Clothing | $5,000.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| Used Costume Jewelry and one tiny gold wedding band | $1,000.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes. Give specific information.....

| Family Photos | $200.00 |
|---|---|

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................

| $12,000.00 |
|---|

**Part 4:**   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | Cash | $2,580.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | Chase Checking Account Ending in 3250<br>Negative Balance-Overdrawn: -$407.00 | $0.00 |
| 17.2. | Checking | HSBC-Checking Ending in Account No. 3889<br>Sole Deposit: Exempt Social Security Income | $1,199.94 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Big Max, LLC-Single Asset CA Real Estate LLC<br>Currently Pending as a Chapter 11 Case before<br>the Honorable Dennis Montali, United States<br>Bankruptcy Judge<br>San Francisco, CA<br>Case No. 18-30031 filed on January 10, 2018<br>Real Property Sold Per Court Order<br>Approximately $358,035.63 left in DIP Account<br>After Payment of Allowed Secured Claims<br>Recorded Against Real Property of the Estate<br>Per the Court's Final Entered Orders<br>Remaining Balance in DIP Account:<br>Approximately $358,035.63 | 100 | % | $358,035.63 |
| Great Vista Real Estate Investment Corporation,<br>Single Asset CA Real Estate Corporation<br>Currently Pending as a Chapter 11 Case before<br>the Honorable Dennis Montali, United States<br>Bankruptcy Judge,<br>San Francisco, CA as Case No. 18-3002 Filed on<br>January 10, 2018<br>Real Property Sold by Court Order<br>No Balance of Cash Left Upon Close of Escrow<br>Utilized to Pay Allowed Secured Claims<br>Recorded Against<br>Real Property of Estate, 126 Atherton Avenue,<br>Atherton, CA upon the Final Entered Orders of<br>the Court | 100 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:                Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                    **Current value of the
                                                                      portion you own?**
                                                                      Do not deduct secured
                                                                      claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                        Company name:                Beneficiary:            Surrender or refund
                                                                             value:

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 14 of 47

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes.  Describe each claim.........

    | | |
    |---|---|
    | Legal Malpractice Claim against Dykema Law Firm ("Dykema") for the potential loss of the Debtor's Personal Proof of Claim against the Chapter 11 Estate of Liberty Asset Management Company, Chapter 11 ("Liberty") Case No. 2:16-bk-133575 United States Bankruptcy Court, Central District of California, Ernest M. Robles, United States Bankruptcy Judge c/o Counsel for Official Committee of General Unsecured Creditors, Pachulski Stang Ziehl & Jones, Jeremy Richards, Esq. & Gail Greenwood, Esq. 10100 Santa Monica Blvd., 13th Floor Los Angeles, CA 90067 due to Dykema's failure to timely file said Proof of Claim with the Liberty Estate.  The amount of the claim is $11,503,387.00. | $11,503,387.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................................................................

    | |
    |---|
    | **$11,865,202.57** |

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ☑ Yes.  Describe.....

    | | |
    |---|---|
    | Loan Owing From:<br><br>Mr. Benny Kirk<br>2448 E. Workman Avenue, #3001<br>West Covina, CA 91791 | $1,630,696.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 15 of 47

> **Loan Owing From:**
>
> **Predicate Group, LLC**
> **c/o Mr. Benny Kirk**
> **2648 E. Workman Avenue, #3001**
> **West Covina, CA  91791**

$91,532.00

> **Loan Owing From:**
>
> **SJ Market, LLC**
> **3218 E. Holt Avenue**
> **West Covina, CA  91791**

$30,000.00

> **Profit Sharing/Advances/and Commissions Owing to Debtor from:**
>
> **Liberty Asset Management Company**
> **Chapter 11 Case No. 2:16-bk-133575**
> **United States Bankruptcy Court**
> **Central District of California**
> **Ernest M. Robles, United States Bankruptcy Judge**
> **c/o Counsel for Official Committee of General Unsecured Creditors**
> **Pachulski Stang Ziehl & Jones**
> **Jeremy Richards, Esq. & Gail Greenwood, Esq.**
> **10100 Santa Monica Blvd., 13th Floor**
> **Los Angeles, CA  90067-4003**
>
> **See Attached Filed Proof of Claim in Liberty Chapter 11 Case**

$11,503,387.00

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ■ No
    ☐ Yes.  Describe.....

41. **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
                Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

       ■ No
       ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ■ No

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | LIBERTY ASSET MANAGEMENT CORPORATION, |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Central District of California | |
| Case number | 2:16-bk-133575 ER |

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Tsai Luan Ho, aka Shelby Ho
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

JAMES ANDREW HINDS, JR.
Name

21257 Hawthorne Blvd., Second Floor
Number        Street

Torrance,        CA        90503
City              State        ZIP Code

Contact phone 310 316-0500

Contact email jhinds@jhindslaw.com

**Where should payments to the creditor be sent? (if different)**

Tsai Luan Ho
Name

126 Atherton Avenue
Number        Street

Atherton,        CA        94027
City              State        ZIP Code

Contact phone 650 815-1947

Contact email Sfkm126@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (If you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $_____11,503,387.00_. Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Commissions earner on real estate transactions

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                                    $_____

Amount of the claim that is secured:      $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 18 of 47

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check all that apply:*    Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $        12,850.00

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $ _____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    11/15/2017
                    MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name        Tsai Luan Ho
            First name        Middle name        Last name

Title       President, CEO

Company     Great Vista Real Estate Investment Corp.
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     126 Atherton Avenue
            Number        Street

            Atherton,                    CA        94027
            City                        State        ZIP Code

Contact phone    650 815-1947            Email  sfk,126@gmail.com

                                        SFKM126@Gmail.com

Official Form 410    Proof of Claim    page 3

1,  4/19/2013
    Saks man store ( 220 Post Street, San Francisco).
    On the final closing statement  suppose $ 2,912,441 go to Tsai Luan Ho and        $ 2,912,441
    Great Vista Real Estate, So what I never received.  ( $ 10 million profit on this sale)

2,  2011-2013
    Money spend on 1906 El Camino Real, Menlo Park.
    included renovation fee ,
    and 2 times mortgage payment, ($ 15,200 each month)                               $ 230,196
    1906 building title always under Lucy Gao

3,  5/12/2011,
    Safeway Super market , sold $ 11 million, 3% commission                           $ 330,000
    ( Per Cathy , Benny, Steven agreed)

4,  May, 2011 Safeway sales office  sold , we earned$ 1,35 million , profit share)    $ 675,000

5,  6/18/2013
    117 Post Street San Francisco,  Union Square
    ( cost $ 15 million, Sold $ 21 million)                                           $ 3,000,000

6,  10/15/2013
    662 S. Lake Ave, Pasadena, Ca 91106
    ( cost $ 7.2 million, sold $ 7.5 million)                                         $ 150,000

7   3/30/2011
    285 N. Wolf Rd, Sunnyvale, Ca
    ( Cost $2.4 million, sold $ 2.78 million)                                         $ 190,000

8,  8/18/2010
    1255-1275 Columbus Ave, San Francisco,  Ca
    ( Cost $ 2.1 million , sold $ 2.85 million)                                       $250,000

9,  5/4/2011
    165-167 O'Farrell St, San Francisco
    (Cost $ 6 million, sold $ 7,508,000)                                              $ 754,000

10,  9/28/2011

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 20 of 47

|  | | |
|---|---|---|
| | 900 Miramonte Ave, Mountain View, Ca<br>( Cost $ 2.6 million, sold $ 3.1 million) | $ 250,000 |
| 11, | 10/7/2011<br>47507 Fortner St. Fremont, Ca<br>($ 350,000 , sold $ 418,000) | $ 34,000 |
| 12, | 6/28/2011<br>766 Vespucci Ln ,Foster City, Ca<br>( $ 719,200, sold $ 790,000) | $ 35,400 |
| 13, | 9/2/2010<br>150 Middlefield Rd, Menlo Park, Ca<br>North America Capital tried to purchase this building for office ,<br>Steven Tsang, deposit $ 1 million, , I deposit $ 425,000,<br>Benny Kirk suppose also deposit $ 425,000; the total cost was $ 1.85 million.<br>But Liberty never can deliver this property, so when Steve Tsang<br>withdrawn himself from North America Capital partnership, he got his $ 1 million refund back,<br>and I never can get my $ 425,000 back. | $ 425,000 |
| 14, | 8/1/2013<br>170 S Market St, San Jose, Ca  95113   (Muji )<br>pre agreed by Benny | $ 50,000 |
| 15, | 5/6/2013<br>460 Las Coches Ct,  Morgan Hill Ca  95037<br>( $ 525,000 sold $ 566,700) | $ 20,850 |
| 16, | 10/26/2012<br>Ave 66 Villas Los Angeles, Ca<br>(price $ 2.65 million, brought in 6 buyers , $ 265,000 each share,<br>3% pre agreed) | $ 79,500 |
| 17, | 6/4/2013<br>119 Furlong Lane, Bradbury, Ca<br>( Cost $ 4.5 million   , sold $ 9 million,<br>I brought in 5 buyer, total 100 share) | $ 2,000,000 |
| 18, | 8/24/2011<br>7348 Carter Ave, Newark, Ca<br>( cost $ 235,000, sold $ 290,000) | $ 27,500 |
| 19, | 9/19/2011<br>4230 Arpeggio Ave, San Jose, Ca<br>( Cost $ 225,000, sold $ 274,000) | $ 24,500 |
| 20, | 8/4/2011<br>957 Oak Street San Francisco,  Ca<br>(Cost $ 620,000 , sold $ 700,000) | $ 40,000 |
| 21, | 8/24/2011<br>1734 Blue Spruce Way, Milpitas, Ca<br>( $ 210,000, sold $ 260,000) | $ 25,000 |

The total amount Liberty owe me was :        $ 11,503,387



Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 22 of 47

☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................... | $13,255,615.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ■ No. Go to Part 7.

    ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |
| --- | --- |

53. Do you have other property of any kind you did not already list?

    *Examples:* Season tickets, country club membership

    ■ No

    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 55. | Part 1: Total real estate, line 2 ............................................................................................ | | $0.00 |
| 56. | Part 2: Total vehicles, line 5 | $0.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $12,000.00 | |
| 58. | Part 4: Total financial assets, line 36 | $11,865,202.57 | |
| 59. | Part 5: Total business-related property, line 45 | $13,255,615.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. | Total personal property. Add lines 56 through 61... | $25,132,817.57 | Copy personal property total | $25,132,817.57 |

63. Total of all property on Schedule A/B. Add line 55 + line 62 | $25,132,817.57 |

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 23 of 47

| Debtor 1 | **Tsai Luan Ho** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **20-year old used furniture, bed, table, chairs, dishes, and ordinary cookware and some utensils in garage**<br>Line from *Schedule A/B*: **6.1** | $5,700.00 | ■ $5,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Used Cell Phone and Computer**<br>Line from *Schedule A/B*: **7.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Used Women's Clothing**<br>Line from *Schedule A/B*: **11.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Used Costume Jewelry and one tiny gold wedding band**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **Family Photos**<br>Line from *Schedule A/B*: **14.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 24 of 47

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $2,580.00 | ■ $2,580.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: HSBC-Checking Ending in Account No. 3889**<br>**Sole Deposit: Exempt Social Security Income**<br>Line from *Schedule A/B*: **17.2** | $1,199.94 | ■ $1,199.94<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(A) |
| **Big Max, LLC-Single Asset CA Real Estate LLC**<br>**Currently Pending as a Chapter 11 Case before the Honorable Dennis Montali, United States Bankruptcy Judge**<br>**San Francisco, CA**<br>**Case No. 18-30031 filed on January 10, 2018**<br>**Real Property Sold Per Court Order Ap**<br>Line from *Schedule A/B*: **19.1** | $358,035.63 | ■ $25,545.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 25 of 47

**Fill in this information to identify your case:**

Debtor 1　　**Tsai Luan Ho**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the:　NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
　amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**　List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **None.** | **Describe the property that secures the claim:** | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Creditor's Name | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| Number, Street, City, State & Zip Code | ☐ Unliquidated |
| | ☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ |
| Date debt was incurred _____ | Last 4 digits of account number _____ |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $0.00 |

**Part 2:**　List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　Best Case Bankruptcy

Case: 18-30581　　Doc# 1　　Filed: 05/28/18　　Entered: 05/28/18 11:32:11　　Page 26 of 47

**Fill in this information to identify your case:**

| Debtor 1 | **Tsai Luan Ho** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Employment Development Dept.** | Last 4 digits of account number  **Tsai Luan Ho** | **$1.00** | **$1.00** | **$0.00** |

Priority Creditor's Name
**Tax Collection Section**
**MIC92E**
**P.O. Box 826203**
**Sacramento, CA 94230-6203**
Number Street City State Zip Code

When was the debt incurred?   **2010-2018**

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Unpaid personal taxes-Listed as a Precaution Only**

Case: 18-30581   Doc# 1   Filed: 05/28/18   Entered: 05/28/18 11:32:11   Page 27 of 47

| 2.2 | **Franchise Tax Bd., CA** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number    Tsai Luan Ho        $1.00        $1.00        $0.00

**Bankruptcy Unit MS G-11**
**P.O. Box 2952**
**Sacramento, CA 95812-2951**

When was the debt incurred?    **2010-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **Unpaid personal taxes**

---

| 2.3 | **Internal Revenue Service** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number    Tsai Luan Ho        $1.00        $1.00        $0.00

**Fresno, CA 93888**

When was the debt incurred?    **2010-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **Unpaid personal taxes-Listed as a Precaution Only**

---

| 2.4 | **State Board of Equalization** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number    Tsai Luan Ho        $1.00        $1.00        $0.00

**Supervisor of Collections**
**P.O. Box 942879**
**Sacramento, CA 95808**

When was the debt incurred?    **2010-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **Unpaid personal taxes-Listed as a Precaution Only.**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

---

| 4.1 | **Benny Kirk** | Last 4 digits of account number   3889 | $200,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**24040 Camino Del Avenue, # A**
**Monarch Beach, CA 92629**
Number Street City State Zip Code

When was the debt incurred?    6/27/12-1/26/2013

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ No

■ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal Loans Paid Back-Listed as a Precaution Only.**

---

| 4.2 | **Big Max, LLC** | Last 4 digits of account number   1586 | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 1138**
**Los Gatos, CA 95031**
Number Street City State Zip Code

When was the debt incurred?    2016

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ No

■ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only.**

**Chapter 11 Case No. 18-30031**
**San Francisco-Dennis Montali,**
**United States Bankruptcy Judge**

■ Other. Specify    **Filed on January 10, 2018**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Tsai Luan Ho**

Case number (if know)

| | | | |
|---|---|---|---|
| **4.3** | **Burke, Williams & Sorensen, LLP** | Last 4 digits of account number | **Great Vista Real Est. Inv. Co.** |

Nonpriority Creditor's Name
Elizabeth M. Pappy, Esq.
1503 Grant Road, Suite 200
Mountain View, CA 94040
Number Street City State Zip Code

$1.00

When was the debt incurred?  **2017**

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

□ No

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only.**

**Chapter 11 Case No. 18-30032
San Francisco-Dennis Montali,
United States Bankruptcy Judge**

■ Yes

■ Other. Specify  **Filed on January 10, 2018**

---

| | | | |
|---|---|---|---|
| **4.4** | **California Water Service Company** | Last 4 digits of account number | **3036** |

Nonpriority Creditor's Name
PO Box 51967
Los Angeles, CA 90051-6267
Number Street City State Zip Code

$264.13

When was the debt incurred?  **03/28/2018**

**Who incurred the debt? Check one.**

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

□ No

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Water Service for 126 Atherton Avenue, Atherton, CA 94027-4021 owned by Great Vista Real Estate Corporation and sold by Court Order in Chapter 11 Case No. 18-30032**

■ Yes

■ Other. Specify

Case: 18-30581   Doc# 1   Filed: 05/28/18   Entered: 05/28/18 11:32:11   Page 30 of 47

| 4.5 | **Cereus Corporation** | Last 4 digits of account number     **8137** | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Mark R. Figueiredo, Esq.**
**STRUCTURE LAW GROUP, LLP**
**1754 Technology Drive, Suite 135**
**San Jose, CA 95110**

When was the debt incurred?     **2017-2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Listed as a Precaution Only-Action Against Washe, LLC and Lucy Gao**

---

| 4.6 | **Chase Visa** | Last 4 digits of account number     **7639** | **$5,497.72** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 15123**
**Wilmington, DE 19850-5123**

When was the debt incurred?     **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Credit card purchases**

---

| 4.7 | **Chase Visa** | Last 4 digits of account number     **0538** | **$10,148.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 15123**
**Wilmington, DE 19850-5123**

When was the debt incurred?     **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Credit card purchases**

---

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 31 of 47

| 4.8 | Chin Jen Yun Lin | Last 4 digits of account number | Tsai Luan Ho | $1.00 |

Nonpriority Creditor's Name
**118 E Nan -Ching Rd.**
**Taipei, Taiwan,**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**When was the debt incurred?**    2017-2018

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loan.  Listed as a Precaution Only.  Paid in Full.**

| 4.9 | Chun Tu | Last 4 digits of account number | Tsai Luan Ho | $30,000.00 |

Nonpriority Creditor's Name
**619 Fu -Yuan St , Alley1, 2nd Fl.**
**Taipei, Taiwan**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**When was the debt incurred?**    2018

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loan to Pay Personal Loan of Debtor to June Ming.**

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 32 of 47

Debtor 1  **Tsai Luan Ho**                                    Case number (if know) _____

| 4.1 0 | **County of San Mateo Tax Collector** | Last 4 digits of account number | **Tsai Luan Ho** | $1.00 |

Nonpriority Creditor's Name
**555 County Center**
**Redwood City, CA 94063**
Number Street City State Zip Code

When was the debt incurred?   **2016-2018**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only as a Debt of Great Vista Real Estate Corporation:**

**Chapter 11 Case No. 18-30032 San Francisco-Dennis Montali, United States Bankruptcy Judge Filed on January 10, 2018**

■ Yes                    ■ Other. Specify

---

| 4.1 1 | **County of Santa Clara** | Last 4 digits of account number | **Big Max, LLC** | $1.00 |

Nonpriority Creditor's Name
**Tax Collector**
**70 West Hedding Street**
**San Jose, CA 95110**
Number Street City State Zip Code

When was the debt incurred?   **2016-2018**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only.**

**Chapter 11 Case No. 18-30031 San Francisco-Dennis Montali, United States Bankruptcy Judge Filed on January 10, 2018**

■ Yes                    ■ Other. Specify

Debtor 1    Tsai Luan Ho        Case number (if know) _____

| | |
|---|---|
| **4.1 2** | |

**Crystal Waterfalls, LLC**
Nonpriority Creditor's Name
c/o Ian S. Landsberg, Esq.
Landsberg Law APC
9300 Wilshire Blvd., Ste. 565
Beverly Hills, CA 90212
Number Street City State Zip Code

Last 4 digits of account number   **71ER**      $1.00

When was the debt incurred?   **2008 et. seq.**

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Civil Damages Alleged-Case Dismissed.**

| | |
|---|---|
| **4.1 3** | |

**DFI Technologies, LLC**
Nonpriority Creditor's Name
P.O. Box 340759
Sacramento, CA 95834
Number Street City State Zip Code

Last 4 digits of account number   **Big Max, LLC & Great Vista**      $1.00

When was the debt incurred?   **2016**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Listed as a Precaution Only. Chapter 11 Case Nos. 18-30031 & 18-30032 San Francisco-Dennis Montali, United States Bankruptcy Judge Filed on January 10, 2018**

| | |
|---|---|
| **4.1 4** | |

**Dykema Gossett LLP**
Nonpriority Creditor's Name
333 S. Grand Ave., #2100
Los Angeles, CA 90071
Number Street City State Zip Code

Last 4 digits of account number   **Tsai Luan Ho**      $359,000.00

When was the debt incurred?   **2016-2017**

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Attorney's Fees**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 4.15 | **Great Vista Real Investment Corporation** | | $1.00 |

Nonpriority Creditor's Name

**P.O. Box 1138**
**Los Gatos, CA 95031**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No

■ Yes

Last 4 digits of account number    0227

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only**

■ Other. Specify

**Chapter 11 Case No. 18-30032**
**San Francisco-Dennis Montali,**
**United States Bankruptcy Judge**
**Filed on January 10, 2018**

---

| 4.16 | **Greenberg & Bass LLP** | | $1.00 |

Nonpriority Creditor's Name

**16000 Ventura Blvd., Suite 1000**
**Encino, CA 91436**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    Tsai Luan Ho

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal Services**

---

| 4.17 | **HSBC Master Card** | | $8,006.79 |

Nonpriority Creditor's Name

**One HSBC Center**
**Buffalo, NY 14203**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    6281

When was the debt incurred?    2017

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 35 of 47

---

**4.18**

**HSBC Select Credit**
Nonpriority Creditor's Name
One HSBC Center
Buffalo, NY 14203
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **6066**

When was the debt incurred?   **2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**$5,230.00**

---

**4.19**

**Hsing -Chieh Shih**
Nonpriority Creditor's Name
27865 FAWN CREEK CT.
Los Altos Hills, CA 94022-2446
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☑ Yes

Last 4 digits of account number   **Tsai Luan Ho**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only.**

**Chapter 11 Case No. 18-30032**
☑ Other. Specify   **San Francisco-Dennis Montali, United States Bankruptcy Judge Filed on January 10, 2018**

**$1.00**

---

**4.20**

**June Ming**
Nonpriority Creditor's Name
2391 Princeton Drive
San Bruno, CA 94066
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☑ Yes

Last 4 digits of account number   **Tsai Luan Ho**

When was the debt incurred?   **03/16/18**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal Loan Paid Off in Full by Debtor's Sister Chun Tu**

**$30,000.00**

---

Case: 18-30581   Doc# 1   Filed: 05/28/18   Entered: 05/28/18 11:32:11   Page 36 of 47

| 4.2 1 | **Kelvin Ho** | Last 4 digits of account number | Tsai Luan Ho | $58,000.00 |

Nonpriority Creditor's Name
**2625 Middlefield Rd., #475**
**Palo Alto, CA 94306**
Number Street City State Zip Code

**When was the debt incurred?**   **2018**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal Loan**

---

| 4.2 2 | **Law Offices of George P. Eshoo** | Last 4 digits of account number | Tsai Luan Ho | $217,623.93 |

Nonpriority Creditor's Name
**702 Marshall Street, #500**
**Redwood City, CA 94063**
Number Street City State Zip Code

**When was the debt incurred?**   **2015-2016**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Attorney's Fees**

---

| 4.2 3 | **Law Offices of Richard Wahng** | Last 4 digits of account number | Tsai Luan Ho | $1.00 |

Nonpriority Creditor's Name
**152 Anza Street, Ste. 201**
**Fremont, CA 94539**
Number Street City State Zip Code

**When was the debt incurred?**   **2016-2017**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Attorney's Fees**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 4.2 4 | **Marvin Ho** | Last 4 digits of account number | **Tsai Luan Ho** | **$1.00** |

Nonpriority Creditor's Name
**2601 Main Street, #403**
**Irvine, CA 92614**
Number Street City State Zip Code

When was the debt incurred?  **2016-2018**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☐ No
☑ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Listed as a Precaution Only.   Personal Gifts made to Son, Marvin Ho for financial assistance during his past unemployment.**

---

| 4.2 5 | **Mercedes Benz Financial Services** | Last 4 digits of account number | **3001** | **$61,778.67** |

Nonpriority Creditor's Name
**P.O. Box 5209**
**Carol Stream, IL 60197**
Number Street City State Zip Code

When was the debt incurred?  **April 12, 2018**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☐ No
☑ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Car Lease Default and Repossession of 2016-Mercedes Benz Model S63V4 on 12/24/2017.**

---

| 4.2 6 | **Miller Starr Regalia** | Last 4 digits of account number | **Tsai Luan Ho** | **$1.00** |

Nonpriority Creditor's Name
**351 California Street**
**Suite 1110**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred?  **09/05/2015**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☐ No
☑ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Legal Services - Various Litigation Pre-Bankruptcy Matters**

---

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 38 of 47

---

**4.27**

**Nordstrom Visa Signature Card**
Nonpriority Creditor's Name
P.O. Box 6555
Englewood, CO 80155
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   2394          $10,268.89

When was the debt incurred?   2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

**4.28**

**OCC of Liberrty Asset Mgmt. Corp.**
Nonpriority Creditor's Name
c/o Mr. Jeremy Richards, Esq. & Ms. Gail
Greenwood, Esq. of Pachulski Stang
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

Last 4 digits of account number   3174          $13,000,000.00

When was the debt incurred?   2016

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed Lawsuit Pending Before Judge Ernest M. Robles, United States Bankruptcy Judge set for Trial on May 29, 2018**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 4.29 | Peter Tu | Last 4 digits of account number | 2946 | | $377,500.00 |

**Peter Tu**
Nonpriority Creditor's Name
c/o Patrick S. Thompson, Esq.
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Number Street City State Zip Code

**Last 4 digits of account number**   2946

**When was the debt incurred?**   2018

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Judgment against the Debtor**
**Attorney Fee Motion ads. Debtor set for June, 2018**
**United States District Court, Central District of CA**

■ Yes                                   ■ Other. Specify

---

| 4.30 | PG&E | Last 4 digits of account number | 1713 | | $780.30 |

**PG&E**
Nonpriority Creditor's Name
P.O. Box 997300
Sacramento, CA 95899-7300
Number Street City State Zip Code

**Last 4 digits of account number**   1713

**When was the debt incurred?**   2018

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only**

**Unpaid Utility Bill of Great Vista Real Estate Investment Corporation for Electricity Service at Real Property Sold in Great Vista Chapter 11 Case of 126 Atherton Ave., Atherton, CA  94027-4021**

■ Yes                                   ■ Other. Specify

Case: 18-30581   Doc# 1   Filed: 05/28/18   Entered: 05/28/18 11:32:11   Page 40 of 47

| 4.3 1 | **Phyllis Shih** | Last 4 digits of account number | Tsai Luan Ho | $1.00 |

**Phyllis Shih**
Nonpriority Creditor's Name
**48900 Millmont Drive**
**Fremont, CA 94538**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
■ Yes

Last 4 digits of account number

When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only.**

■ Other. Specify    **Chapter 11 Case No. 18-30032 San Francisco-Dennis Montali, United States Bankruptcy Judge Filed on January 10, 2018**

---

| 4.3 2 | **Recology San Mateo County** | Last 4 digits of account number | 0206 | $600.00 |

**Recology San Mateo County**
Nonpriority Creditor's Name
**225 Shoreway Road**
**San Carlos, CA 94070**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
■ Yes

Last 4 digits of account number    0206

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only.**

■ Other. Specify    **Unpaid Utility Bill of Great Vista Real Estate Investment Corporatoin for Trash Service at Real Property Sold in Great Vista Chapter 11 Case of 126 Atherton Ave., Atherton, CA 94027-4021**

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 41 of 47

| 4.3<br>3 | | | |
|---|---|---|---|
| **Redwood Mortgage PLM** | Last 4 digits of account number | Big Max,<br>LLC & Great<br>Vista | $1.00 |

Nonpriority Creditor's Name

**Loan Management Services Inc.**
**46 N. Second Street**
**Campbell, CA 95008**

When was the debt incurred?    2016

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☐ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed as a Precaution Only.**

**Chapter 11 Case Nos. 18-30031 & 18-30032**
**San Francisco-Dennis Montali,**
**United States Bankruptcy Judge**

■ Yes                    ■ Other. Specify    **Filed on January 10, 2018**

| 4.3<br>4 | | | |
|---|---|---|---|
| **Saks Fifth Avenue** | Last 4 digits of account number | 5842 | $15,624.16 |

Nonpriority Creditor's Name

**Capitol One Mastercard**
**P.O. Box 60501**
**City of Industry, CA 91716**

When was the debt incurred?    2017

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

                       ■ Other. Specify    **Credit card purchases**

Debtor 1 **Tsai Luan Ho**                                        Case number (if known) _____

| 4.3 5 | **Saks Fifth Avenue** | Last 4 digits of account number | **4048** | | **$6,915.80** |

Nonpriority Creditor's Name
P.O. Box 60504
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?    **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit card purchases**

---

| 4.3 6 | **Shao Fang Huang v. Shelby Ho** | Last 4 digits of account number | **8184** | | **$27,000,000.00** |

Nonpriority Creditor's Name
c/o Fred A. Wong, Esq.
**Wong & Mak, LLP**
790 E. Colorado Blvd., Suite 790
**Pasadena, CA 91101**
Number Street City State Zip Code

When was the debt incurred?    **2008 and Following**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
■ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed Claim for Civil Damages Set for Trial before the Los Angeles Superior Court in Pomona, CA**

---

| 4.3 7 | **Shih Chen** | Last 4 digits of account number | **Tsai Luan Ho** | | **$50,000.00** |

Nonpriority Creditor's Name
**Address Unknown**
Number Street City State Zip Code

When was the debt incurred?    **11/15/14-01/15/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
■ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Loan-Listed as a Precaution Only-Paid in Full.**

---

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 43 of 47

| 4.38 | | | |
|---|---|---|---|

**The 88 Master Homeowners Association**
Nonpriority Creditor's Name
P.O. Box 23117
San Jose, CA 95153
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
■ Yes

Last 4 digits of account number   **Big Max, LLC**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**Listed as a Precaution Only.**

**Chapter 11 Case No. 18-30031 San Francisco-Dennis Montali, United States Bankruptcy Judge Filed on January 10, 2018. HOA Dues Lien Paid from Sale Escrow in full approved by Court Order.**

**$1.00**

---

| 4.39 | | | |
|---|---|---|---|

**Thompson Coburn LLP**
Nonpriority Creditor's Name
P.O. Box 18379M
Saint Louis, MO 63195
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
■ Yes

Last 4 digits of account number   **7580**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorney's Fees**

**$3,147.50**

---

| 4.40 | | | |
|---|---|---|---|

**Wells Fargo Visa**
Nonpriority Creditor's Name
P.O. Box 10347
Des Moines, IA 50306
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **5641**

When was the debt incurred?   **2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

**$24,191.47**

---

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 44 of 47

Debtor 1  **Tsai Luan Ho**                                    Case number (if know) _____

| 4.4 1 | **YCJS 2012 LLC** | Last 4 digits of account number | **Tsai Luan Ho** | $1.00 |

**YCJS 2012 LLC**
Nonpriority Creditor's Name
**13566 Toni Anne Place**
**Saratoga, CA 95070**
Number Street City State Zip Code

Last 4 digits of account number _____ **Tsai Luan Ho**

When was the debt incurred? **2016**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
■ Yes

$1.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**Listed as a Precaution Only. Action Settled.**

**Chapter 11 Case Nos. 18-30031 & 18-30032 San Francisco-Dennis Montali, United States Bankruptcy Judge Filed on January 10, 2018**

---

| 4.4 2 | **Yuchi Wang** | Last 4 digits of account number | **Tsai Luan Ho** | $50,000.00 |

**Yuchi Wang**
Nonpriority Creditor's Name
**13566 Toni Ann Place**
**Saratoga, CA 95070**
Number Street City State Zip Code

Last 4 digits of account number _____ **Tsai Luan Ho**

When was the debt incurred? **10/20/2014-11/21/2014**

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
■ Yes

$50,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Loan-Listed as a Precaution Only-Paid in Full.**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Benjamin R. Levinson, Esq.**
**46 N. 2nd Street, Suite A**
**Campbell, CA 95008**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**California Franchise Tax Board**
**Special Procedures Division**
**9750 Business Park Dr.**
**#220**
**Sacramento, CA 95827**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address                                   On which entry in Part 1 or Part 2 did you list the original creditor?

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 45 of 47

Debtor 1 __Tsai Luan Ho__                                           Case number (if know) _____

| | | |
|---|---|---|
| **Dykema**<br>400 Renaissance Center<br>Detroit, MI 48243 | Line **4.14** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **Tsai Luan Ho** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Employment Development Dept.**<br>P.O. Box 545667<br>Los Angeles, CA 90054 | Line **2.1** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Franchise Tax Board**<br>P.O. Box 942857<br>Sacramento, CA 94257-0501 | Line **2.2** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Internal Revenue Service**<br>Chief, Spec. Proc.-Insolvency<br>P.O. Box 30213<br>Laguna Niguel, CA 92687-0213 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Internal Revenue Service**<br>P.O. Box 7704<br>San Francisco, CA 94120 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Internal Revenue Service**<br>P.O. Box 80110<br>Cincinnati, OH 45280 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Internal Revenue Service**<br>Ogden, UT 84201-0025 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Internal Revenue Service**<br>201 N. River Center Blvd<br>Covington, KY 41019 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Internal Revenue Service**<br>U.S. Attorney General-SD CA<br>940 Front Street, Room 5152<br>San Diego, CA 92101-8800 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **IRS**<br>Kansas City, MO 64999-0025 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **IRS**<br>1040 Waverly Avenue<br>Stop 631 | Line **2.3** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Holtsville, NY 11742**

| | |
|---|---|
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **IRS Special Procedures Function** | Line **2.3** of (Check one): |
| **300 N. LA Street, Rm. 4062** | ■ Part 1: Creditors with Priority Unsecured Claims |
| **Federal Building (Stop 5002)** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Los Angeles, CA 90012** | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Law Office of Richard Wahng** | Line **4.41** of (Check one): |
| **152 Anza Street, #201** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Fremont, CA 94539** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PLM Lender Services** | Line **4.33** of (Check one): |
| **46 North Second Street** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Campbell, CA 95008** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 4.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 4.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| | 6f. | Student loans | 6f. | $ 0.00 |
| **Total claims from Part 2** | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 41,524,595.36 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 41,524,595.36 |

Case: 18-30581    Doc# 1    Filed: 05/28/18    Entered: 05/28/18 11:32:11    Page 47 of 47