## United States Bankruptcy Court
### Northern District of California

In re: **Tsai Luan Ho**
Debtor(s)

Case No. **18-30581**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedules A, B and C.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

NEF List Including Chapter 7 Trustee and Counsel to Chapter 7 Trustee.

Date: **December 18, 2018**

/s/ Paul R. Shankman
Paul R. Shankman
Attorney for Debtor(s)
**HINDS & SHANKMAN, LLP**
**21257 Hawthorne Boulevard**
**Second Floor**
**Torrance, CA 90503**
**(310) 316-0500 Fax:(310) 792-5977**
**jhinds@jhindslaw.com; pshankman@jhindslaw.com;**
**rsposato@jhindsalaw.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify your case and this filing:

Debtor 1: Tsai Luan Ho
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number 18-30581

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ■ No
   ☐ Yes

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................=> **$0.00**

**Part 3: Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| 6. Household goods and furnishings<br>*Examples:* Major appliances, furniture, linens, china, kitchenware<br>☐ No<br>■ Yes. Describe.....| |
| 20-year old used furniture, bed, table, chairs, dishes, and ordinary cookware and some utensils in garage | $5,700.00 |

7. Electronics
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No

| Debtor 1 | Tsai Luan Ho | Case number (if known) | 18-30581 |

☑ Yes. Describe.....

| Used Cell Phone and Computer | $100.00 |

**8. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

**10. Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

**11. Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.....

| Used Women's Clothing | $5,000.00 |

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.....

| Used Costume Jewelry and one tiny gold wedding band | $1,000.00 |

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☑ Yes. Give specific information.....

| Family Photos | $200.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................... | $12,000.00 |

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes..........................................................................................

|  |  | Cash | $2,580.00 |
|---|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................

|  |  |  | Institution name: |  |
|---|---|---|---|---|
|  | 17.1. | Checking | **Chase Checking Account Ending in 3250**<br>**Negative Balance-Overdrawn:  -$407.00** | $0.00 |
|  | 17.2. | Checking | **HSBC-Checking Ending in Account No. 3889**<br>**Sole Deposit:  Exempt Social Security Income** | $1,199.94 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes................... Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them....................

| Name of entity: | % of ownership: |  |  |
|---|---|---|---|
| **Big Max, LLC-Single Asset CA Real Estate LLC**<br>**Currently Pending as a Chapter 11 Case before**<br>**the Honorable Dennis Montali, United States**<br>**Bankruptcy Judge**<br>**San Francisco, CA**<br>**Case No. 18-30031 filed on January 10, 2018**<br>**Real Property Sold Per Court Order**<br>**Approximately $358,035.63 left in DIP Account**<br>**After Payment of Allowed Secured Claims**<br>**Recorded Against Real Property of the Estate**<br>**Per the Court's Final Entered Orders**<br>**Remaining Balance in DIP Account:**<br>**Approximately $358,035.63** | 100 | % | $358,035.63 |
| **Great Vista Real Estate Investment Corporation,**<br>**Single Asset CA Real Estate Corporation**<br>**Currently Pending as a Chapter 11 Case before**<br>**the Honorable Dennis Montali, United States**<br>**Bankruptcy Judge,**<br>**San Francisco, CA as Case No. 18-3002 Filed on**<br>**January 10, 2018**<br>**Real Property Sold by Court Order**<br>**No Balance of Cash Left Upon Close of Escrow**<br>**Utilized to Pay Allowed Secured Claims**<br>**Recorded Against**<br>**Real Property of Estate, 126 Atherton Avenue,**<br>**Atherton, CA upon the Final Entered Orders of**<br>**the Court** | 100 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                              Issuer name:

### 21. Retirement or pension accounts
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ■ No
- ☐ Yes. List each account separately.
  Type of account:          Institution name:

### 22. Security deposits and prepayments
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
- ■ No
- ☐ Yes. ....................        Institution name or individual:

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes............    Issuer name and description.

### 24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ■ No
- ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

### 25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit
- ■ No
- ☐ Yes. Give specific information about them...

### 26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes. Give specific information about them...

### 27. Licenses, franchises, and other general intangibles
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 28. Tax refunds owed to you
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

### 29. Family support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

### 30. Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

### 31. Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.
  Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    
    ☐ No
    ■ Yes. Describe each claim.........

| | |
|---|---|
| Legal Malpractice Claim against Dykema Law Firm ("Dykema") for the potential loss of the Debtor's Personal Proof of Claim against the Chapter 11 Estate of Liberty Asset Management Company, Chapter 11 ("Liberty") Case No. 2:16-bk-133575 United States Bankruptcy Court, Central District of California, Ernest M. Robles, United States Bankruptcy Judge c/o Counsel for Official Committee of General Unsecured Creditors, Pachulski Stang Ziehl & Jones, Jeremy Richards, Esq. & Gail Greenwood, Esq. 10100 Santa Monica Blvd., 13th Floor Los Angeles, CA  90067 due to Dykema's failure to timely file said Proof of Claim with the Liberty Estate.  The amount of the claim is $11,503,387.00. | $11,503,387.00 |
| Claim Against Washe, LLC:  Debtor was the Manager of Washe and Trustee for the Huang Family.   In September 2014, in an effort to secure a refund from Liberty and NAAMC to the Lee/Huang Family, Kirk, Goa, and Liberty called a meeting with the Lee/Huang Family and its attorneys at Shephard Mullin.  Also present at the Shephard Mullin meeting were Ms. Ho and George Eshoo.  The sole subject matter of the Shephard Mullin meeting was to determine how Liberty and NAAMC could assure the Lee/Huang Family that their $27 million investment in Liberty and NAAMC could be returned to the Lee/Huang Family, now that the Lee/Huang Family had discovered that their investments had been misused by Kirk, Goa, and Liberty. At the Shephard Mullin meeting, Kirk and Liberty proposed the formation of a new entity to hold defined real estate assets of Liberty and NAAMC to address the Lee/Huang Family investments in Liberty and NAAMC. Eshoo was tasked with the formation of the new entity which was named Washe, LLC (hereinafter referred to as "Washe").  Washe was formed with the express knowledge and consent of the Lee/Huang Family, Kirk, Gao, and Liberty. [Continued in separate entry below.] | $5,000,000.00 |

| | |
|---|---:|
| (Claim Against Washe, LLC-Continued) The stated purpose of Washe was "obtain[ing] and hold[ing] property for the benefit of Sophia Huang" and recovering funds owed to Ms. Huang by Liberty. Ho was designated by the Lee/Huang Family, Kirk, Goa, and Liberty to be the sole member of Washe with the sole intent of acting as "Trustee for Huang." Immediately after Washe was formed, Liberty deeded three separate properties from investment entities of Liberty to Washe as part of the joint plan to protect the investment of the Lee/Huang Family. At the insistence of Goa, a fourth real property was added to Washe, a property controlled by Kirk's other girlfriend, Sonia Chiou. The manager of the Liberty Northern California operations. This fourth property was known as 26390 Anacapa Dr., Los Altos, CA from Sunshine Los Altos Hills. The Anacapa Property was purchased by Kirk for Chiou. The purchase price was $1,997,979.47. The closing date was March 2, 2011. After transfer of the four properties to Washe, Washe granted liens in favor of Lee/Huang Family secured by the four properties, including a $28.5 million lien against the hotel property and a $2 million lien against a Los Altos residence. (Continued in separate entry below.) | $0.00 |
| (Claim Against Washe, LLC-Continued) These liens were meant to secure a refund of Lee/Huang Family's prior investments in Liberty and NAAMC. Prior to the Bar Date, Washe filed its proof of claim for $2 million based on "monies advanced," supported by a promissory note dated November 25, 2014 in the Liberty Case. This Proof of Claim has now been disallowed by Judge Robles in the Liberty case. The Debtor estimates that her Estate's Claim against Washe, LLC for damages is between $2.5 and $5.0 million. | $0.00 |

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
    - ■ No
    - ☐ Yes. Describe each claim.........

35. Any financial assets you did not already list
    - ■ No
    - ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................  $16,865,202.57

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    - ☐ No. Go to Part 6.
    - ■ Yes. Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

38. Accounts receivable or commissions you already earned
    - ☐ No
    - ■ Yes. Describe.....

| Loan Owing From:<br><br>Mr. Benny Kirk<br>2448 E. Workman Avenue, #3001<br>West Covina, CA 91791 | $1,630,696.00 |

| Loan Owing From:<br><br>Predicate Group, LLC<br>c/o Mr. Benny Kirk<br>2648 E. Workman Avenue, #3001<br>West Covina, CA 91791 | $91,532.00 |

| Loan Owing From:<br><br>SJ Market, LLC<br>3218 E. Holt Avenue<br>West Covina, CA 91791 | $30,000.00 |

| Profit Sharing/Advances/and Commissions Owing to Debtor from:<br><br>Liberty Asset Management Company<br>Chapter 11 Case No. 2:16-bk-133575<br>United States Bankruptcy Court<br>Central District of California<br>Ernest M. Robles, United States Bankruptcy Judge<br>c/o Counsel for Official Committee of General Unsecured Creditors<br>Pachulski Stang Ziehl & Jones<br>Jeremy Richards, Esq. & Gail Greenwood, Esq.<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003<br><br>See Attached Filed Proof of Claim in Liberty Chapter 11 Case | $11,503,387.00 |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ■ No
    ☐ Yes. Describe.....

41. **Inventory**
    ■ No
    ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes. Give specific information about them...................
       Name of entity:                                            % of ownership:

### 43. Customer lists, mailing lists, or other compilations
■ No.
☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes. Describe.....

### 44. Any business-related property you did not already list
■ No
☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...................................................................................................... | $13,255,615.00

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

### 46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

### 53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................................... | $0.00

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 | | | $0.00 |
| 56. Part 2: Total vehicles, line 5 | $0.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $12,000.00 | | |
| 58. Part 4: Total financial assets, line 36 | $16,865,202.57 | | |
| 59. Part 5: Total business-related property, line 45 | $13,255,615.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | $30,132,817.57 | Copy personal property total | $30,132,817.57 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $30,132,817.57 |

Case: 18-30581   Doc# 75   Filed: 12/18/18   Entered: 12/18/18 15:48:34   Page 9 of 13

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tsai Luan Ho | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 18-30581 | | |

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt         4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 20-year old used furniture, bed, table, chairs, dishes, and ordinary cookware and some utensils in garage<br>Line from *Schedule A/B*: **6.1** | $5,700.00 | ■ $5,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Used Cell Phone and Computer<br>Line from *Schedule A/B*: **7.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Used Women's Clothing<br>Line from *Schedule A/B*: **11.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Used Costume Jewelry and one tiny gold wedding band<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| Family Photos<br>Line from *Schedule A/B*: **14.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

| Debtor 1 | Tsai Luan Ho | | Case number (if known) | **18-30581** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Cash**<br>Line from Schedule A/B: **16.1** | $2,580.00 | ■ $2,580.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: HSBC-Checking Ending in Account No. 3889**<br>**Sole Deposit: Exempt Social Security Income**<br>Line from Schedule A/B: **17.2** | $1,199.94 | ■ $1,199.94<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(A) |
| **Big Max, LLC-Single Asset CA Real Estate LLC**<br>**Currently Pending as a Chapter 11 Case before the Honorable Dennis Montali, United States Bankruptcy Judge**<br>**San Francisco, CA**<br>**Case No. 18-30031 filed on January 10, 2018**<br>**Real Property Sold Per Court Order Ap**<br>Line from Schedule A/B: **19.1** | $358,035.63 | ■ $25,545.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Fill in this information to identify your case:

Debtor 1: **Tsai Luan Ho**
Debtor 2 (Spouse if, filing):
United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA
Case number (if known): 18-30581

☑ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Tsai Luan Ho
Signature of Debtor 1
Tsai Luan Ho

Date December 18, 2018

X _____
Signature of Debtor 2

Date 12/18/18

## United States Bankruptcy Court
### Northern District of California

In re **Tsai Luan Ho**          Case No. **18-30581**
Debtor(s)          Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Amended Schedules A, B, and C consisting of **10** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 18, 2018**      Signature _/s/ Tsai Luan Ho_
Tsai Luan Ho
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.