# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Tsai Luan Ho<br>aka Shelby Ho<br>Debtor(s) | Case No.: 18−30581 DM 7<br><br>Chapter: 7 |
|---|---|---|

## NOTICE OF ORDER DENYING DISCHARGE

Notice is hereby given that an order denying the discharge of the above−captioned debtor(s) was entered on **04/09/2019**.

Please refer to all documents on file with the Clerk of the United States Bankruptcy Court for particulars.

Dated: 4/11/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court