

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
200 California St., Ste. 400
San Francisco, CA 94111
Tel: 415-840-4199
Fax: 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Andrea A. Wirum,
Chapter 7 Trustee

Signed and Filed: April 18, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

    TSAI LUAN HO
    and
    BIG MAX, LLC,

        Debtors.

Case No. 18-30581 DM
(Substantively consolidated with
Case No. 18-30031 DM)
Chapter 7
Hon. Dennis Montali

**ORDER COMPELLING TURNOVER OF DOCUMENTS
AND DISCLOSURE OF INFORMATION**

    Based on the ex parte application of Andrea A. Wirum, Chapter 7 Trustee, and the supporting declaration of her counsel, service on the Debtor in care of her counsel by Notice of Electronic Filing being adequate and it further appearing that good cause exists, it is

    ORDERED as follows:

    1.    The Trustee's ex parte application for an order under 11 U.S.C. § 521(a)(4) is approved.

    2.    The Debtor is hereby ordered to turn over to the Trustee within 15 days of entry of this order all documents in her actual or constructive possession relating to potential claims against Mega Bank.

3. The Debtor is hereby ordered to disclose within 15 days after entry of this order the names and addresses of attorneys with whom she has consulted regarding pursuit of claims against Mega Bank.

*** END OF ORDER ***